The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEIL McWEE,

                    Plaintiff,

        vs.

JOSHUA HOLMES, and SNOHOMISH
COUNTY, WASHINGTON,

                    Defendants.

NO. 2:22-cv-01077-BJR

STIPULATED MOTION AND ORDER
TO CONTINUE CERTAIN CASE
SCHEDULING DEADLINES

All parties in this case, by and through their respective counsel, hereby stipulate to the following:

Mediation in this matter is set for Friday, March 31, 2023.  The deadline for expert witness reports under the current Order Setting Trial Dates and Related Dates, Dkt. 18, is currently set for March 27, 2023, four days before mediation. In light of the upcoming mediation and the parties' shared desire to explore resolution of this matter in a manner that minimizes costs to both parties, the parties respectfully request that the Court issue an order extending certain of the case scheduling deadlines as follows:

STIPULATED MOTION AND ORDER TO
CONTINUE CERTAIN CASE SCHEDULING
DEADLINES - 1
(USDC 22-1077-BJR)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1. The deadline for disclosure of initial expert reports currently set for March 27, 2023 be reset to April 24, 2023.

2. The deadline for completion of discovery currently set for April 26, 2023 be reset to May 26, 2023.

3. The deadline for dispositive motions currently set for May 26, 2023 be reset to June 23, 2023.

The parties anticipate no other changes to the remaining deadlines as set forth in the original scheduling order, Dkt. 18.

DATED this 6th day of March, 2023.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By:  _s/Margaret A. Duncan_____
MARGARET A. DUNCAN, WSBA #47876
KATHERINE BOSCH, WSBA #43122
Deputy Prosecuting Attorneys
Snohomish County Prosecutor's Office-Civil Div.
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4060
Phone: 425.388.6330 / Fax: 425.388.6333
Margaret.Duncan@co.snohomish.wa.us
Katherine.Bosch@co.snohomish.wa.us
*Counsel for Defendants Joshua Holmes and Snohomish County*

STIPULATED MOTION AND ORDER TO
CONTINUE CERTAIN CASE SCHEDULING
DEADLINES - 2
(USDC 22-1077-BJR)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

1

MacDONALD HOAGUE & BAYLESS

2

By:  _s/Nathanial Flack_____

3
Nathanial Flack, WSBA #58582
Joe Shaeffer, WSBA #33273

4
705 Second Avenue, Suite 1500
Seattle, WA 982014

5
(206) 622-1604

6
NathanielF@mhb.com
Joe@mhb.com

7
Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
CONTINUE CERTAIN CASE SCHEDULING
DEADLINES - 3
(USDC 22-1077-BJR)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## <u>ORDER</u>

The Court, having considered the agreement of the parties and the needs of the case, hereby orders that, pursuant to the stipulation of the parties, the following case scheduling deadlines are reset:

1.  The deadline for disclosure of initial expert reports currently set for March 27, 2023 is reset to April 24, 2023.

2.  The deadline for completion of discovery currently set for April 26, 2023 is reset to May 26, 2023.

3.  The deadline for dispositive motions currently set for May 26, 2023 is reset to June 23, 2023.

All other deadlines shall remain the same as noted in the Order Setting Trial Dates and Related Dates, Dkt. 18.

DATED this 13th day of March, 2023.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
CONTINUE CERTAIN CASE SCHEDULING
DEADLINES - 4
(USDC 22-1077-BJR)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333